ELIJAH BRUSH
v.
WILLIAM M. G. BUCKLEN

1809

### Journal Entries

1. Error assigned; plea; issue . . . . . . *Journal, infra,* *p. 210
2. Argument heard . . . . . . . . . . . " 232
3. Judgment . . . . . . . . . . . . " 235
4. Dissent . . . . . . . . . . . . . " 243
5. Amended judgment . . . . . . . . . . " 250
6. Rule to plead to merits; plea; continuance . . . . . " 254

### Papers in S. C. File
[None]

### Papers in D. C. File

1. Capias and return . . . . . . . . . . . *Printed in Vol. 2*
2. Declaration . . . . . . . . . . . . "